David J. Jordan (1751)
*david.jordan@stoel.com*
Jordan C. Hilton (17506)
*jordan.hilton@stoel.com*
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone:  801.328.3131

*Attorneys for Prime Alliance Bank, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| PRIME ALLIANCE BANK, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS CAPITAL CORPORATION, a California corporation,<br><br>Defendant. | **STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No. 1:21-cv-00031-HCN-DAO<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Prime Alliance Bank ("Prime") and Regents Capital Corporation ("Regents") hereby jointly stipulate and move to extend the following deadlines contained in the scheduling order (ECF No. 20) as follows (the "Motion"):

| **Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Last day to serve written discovery | 12/10/21 | 2/18/22 |
| Close of fact discovery | 1/18/22 | 3/31/22 |
| Final date for supplementation of disclosures and discovery under Rule 26(e) | 12/3/21 | 2/11/22 |
| Last day to file motion to amend pleadings | 11/19/21 | 1/28/22 |

1

| | | |
|---|---|---|
| Last day to file motion to add parties | 11/12/21 | 1/21/22 |
| Rule 26(a)(2) expert disclosure (party bearing burden of proof) | 2/18/22 | 4/29/22 |
| Rule 26(a)(2) counter disclosures | 3/18/22 | 6/1/22 |
| Expert reports (party bearing burden of proof) | 4/29/22 | 7/8/22 |
| Counter reports | 5/20/22 | 7/29/22 |
| Last day for expert discovery | 6/17/22 | 8/26/22 |
| Deadline for filing dispositive motions | 7/15/22 | 9/23/22 |
| Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed | 7/22/22 | 9/30/22 |
| Deadline for filing partial or complete motion to exclude expert testimony | 7/15/22 | 9/23/22 |
| Evaluate case for settlement/ADR on | 1/28/22 | 2/25/22 |

The parties agree that an extension would be appropriate in order to accommodate the necessary discovery. In addition, the Motion is based on mutual agreement of the parties and is made well in advance of the current January 18, 2022, fact discovery deadline. *See, e.g.*, *Slocum v. Fowler*, No. 216CV02169JADCWH, 2018 WL 4468998, at *4 (D. Nev. Sept. 18, 2018) (concluding that the movant had "demonstrated diligence in seeking to extend the discovery deadline" by filing its motion prior to the relevant deadline). The parties have agreed that this stipulation does not limit the ability of either party to seek an additional extension of deadlines or to oppose an additional extension.

Accordingly, the parties request that the discovery deadlines in this case be extended as described above.

DATED: October 28, 2021.

        STOEL RIVES LLP

        /s/ *David J. Jordan*
        David J. Jordan
        Jordan C. Hilton
        *Attorneys for Prime Alliance Bank, Inc.*

        PARR BROWN GEE & LOVELESS

        /s/ *Robert S. Clark* (with permission)
        Robert S. Clark
        Jonathan C. Williams

        and

        JEFFER MANGELS BUTLER & MITCHELL

        /s/ *John A. Graham* (with permission)
        John A. Graham
        *Attorneys for Defendant Regents Capital Corporation*

112775635.2 0042618-00443