Robert S. Clark (4015)
Jonathan C. Williams (16194)
**Parr Brown Gee & Loveless**
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840
Fax: (801) 532-7750
rclark@parrbrown.com
jwilliams@parrbrown.com

John A. Graham (*pro hac vice*)
**Jeffer Mangels Butler & Mitchell**
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
jag@jmbm.com

*Attorneys for Regents Capital Corporation*

_____

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| PRIME ALLIANCE BANK, INC., a Utah Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> REGENTS CAPITAL CORPORATION, a California corporation, <br><br> Defendant. | **NOTICE OF INTENT TO SERVE DEPOSITION AND DOCUMENT SUBPOENAS** <br><br> Case No. 1:21-cv-00031-HCN <br><br> Judge Howard C. Nielson, Jr. |

Pursuant to DUCivR 45-1, Defendant Regents Capital Corporation ("Defendant"), by and through its undersigned counsel, hereby gives notice that it intends to issue deposition and document subpoenas on Randy Sellers, Jan Ackley, and Shane Howard in the forms of those attached hereto as **Exhibit A**, in connection with the above-captioned lawsuit.

DATED this 6th day of October 2022.

**PARR BROWN GEE & LOVELESS**

By: _/s/ Jonathan C. Williams_
    Robert S. Clark
    Jonathan C. Williams
    *Attorneys for Defendant*

**JEFFER MANGELS BUTLER & MITCHELL**

By: _/s/ John A. Graham_
    John A. Graham
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2022, a true and correct copy of

the foregoing **NOTICE OF INTENT TO SERVE DEPOSITION AND DOCUMENT**

**SUBPOENAS** was served via the Court's electronic filing system on the following:

David J. Jordan
Wes Harward
Foley & Lardner LLP
95 S State Street, Suite 2500
Salt Lake City, UT 84111
djordan@foley.com
wharward@foley.com
*Attorneys for Prime Alliance Bank, Inc.*


 */s/ Jonathan C. Williams*
Jonathan C. Williams