UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
NORTHERN DIVISION

| | |
|---|---|
| PRIME ALLIANCE BANK, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS CAPITAL CORPORATION, a California corporation,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER (DOC. NO. 65)**<br><br>Case No. 1:21-cv-00031<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is the parties' Stipulated Motion to Amend Scheduling Order (Doc. No. 65). Based on the parties' stipulation, the court GRANTS the motion and amends the case schedule as follows. All deadlines, instructions, and limitations not set forth herein remain unchanged.

| **Event** | **Amended Deadline** |
|---|---|
| Last day to serve written discovery: | 11/18/22 |
| Last day to file motion to amend pleadings: | 12/16/22 |
| Last day to file motion to add parties: | 12/16/22 |
| Close of fact discovery: | 4/7/23 |
| Rule 26(a)(2) expert disclosure (party bearing burden of proof): | 5/5/23 |
| Rule 26(a)(2) counter disclosures: | 6/9/23 |
| Expert reports (party bearing burden of proof): | 7/10/23 |
| Counter reports: | 7/18/23 |
| Last day for expert discovery: | 9/8/23 |
| Deadline for filing dispositive motions: | 10/6/23 |

| | |
|---|---|
| Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed: | 10/13/23 |
| Deadline for filing partial or complete motion to exclude expert testimony: | 11/17/23 |
| Evaluate case for settlement/ADR on: | 1/6/23 |

DATED this 11th day of October, 2022.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge